IN RE: SUCCESSION OF LOVENIA HIRSTIUS          NO. 25-C-1

                                               FIFTH CIRCUIT

                                               COURT OF APPEAL

                                               STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

_____ January 13, 2025 _____

Linda Wiseman
First Deputy Clerk

**IN RE** BRANDON HIRSTIUS

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEPHEN C. GREFER, DIVISION "J", NUMBER 799-030

---

Panel composed of Judges Jude G. Gravois,
John J. Molaison, Jr., and Timothy S. Marcel

**WRIT DENIED**

The relator, Brandon Wade Hirstius, seeks review seeks to review the December 10, 2024 judgment granting the executor's motion to quash his subpoena duces tecum. For the following reasons, we deny this writ application.

The relator is an heir to the succession of Lovenia Hirstius. On November 5, 2024, the relator filed a subpoena duces tecum to the executor requesting:

> Please produce copies of all bank statements and receipts or other evidence satisfactory to the court showing succession income, insurance proceeds, rental payments, sale proceeds, and disbursement of funds of the succession to vendors, court costs and attorney fees, supporting the amounts shown in the tableau of distribution and stating the balance of the property in the possession of the succession representative to be distributed to legatees.

The executor filed a motion to quash the subpoena stating that the parties entered into a settlement agreement on September 12, 2022, ending litigation regarding the succession. The executor filed all accountings and a tableau of distribution on March 12, 2024, as directed by the trial court and without objection. The tableau of distribution shows an account balance of $1,500.00.

At the hearing on the motion to quash, the trial judge asked the *pro se* relator the basis for filing the subpoena. The relator responded that the basis for the request was stated in his opposition to the motion to quash and that he did not have any other basis for the request. The trial judge explained that La. C.C.P. art. 3391, which the relator relied on in his opposition, provides:

> upon the filing, receipts or other evidence satisfactory to the Court, not to the other heirs or other family members as you had indicated in your opposition. The Court had granted the homologation prior to this date, so the Court was satisfied at that time based upon the representations of, really, pursuant to a consent judgment which was entered into back on April the 27th of 2022.

The executor stated, "Every item of income and every item of expenditure has been provided in the accountings that the executor has made." The trial judge said he knew this and granted the motion to quash.

In this writ application, the relator argues that heirs of an estate have the right to subpoena the records from the executor of an estate. He contends that the trial court erred in quashing the subpoena without providing reasons and that no accounting was attached to the final tableau of distribution. The relator does not mention the consent judgment in his writ application, nor is the consent judgment attached to the writ application.

Appellate courts review a trial court's ruling on a motion to quash a subpoena duces tecum under an abuse of discretion standard of review. *Jimmy's Disc. Meat Mkt., Inc. v. DiMarco Five, LLC*, 21-178 (La. App. 5 Cir. 5/18/22), 362 So.3d 734, 741. In this writ application, the relator has not shown how the trial court abused its discretion. Accordingly, we deny this writ application.

Gretna, Louisiana, this 13th day of January, 2025.

**JJM**
**JGG**
**TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>01/13/2025</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-C-1**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Stephen C. Grefer (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

### MAILED
Brandon Hirstius  (Relator)
In Proper Person
28306 Highway 190
Lacombe, LA 70445

Ann B. Steinhardt (Respondent)
Attorney at Law
3715 Delgado Drive
New Orleans, LA 70119